ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
DESIRI SCHULTZE, ESQ. (#012089)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendant
NAPHCARE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| | |
|---|---|
| LISA N. PLONSKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; DOE CORRECTIONS OFFICER I, individually and in her official capacity as a correction officer employed by LVMPD at the CCDC; DOE CORRECTIONS OFFICER II-XX, individually and in their official capacities as correction officers employed by the LVMPD at CCDC; NAPH CARE, an Alabama Corporation, qualified to do business in the State of Nevada; DOE NURSES I through X; DOE CORRECTIONS OFFICERS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00026-RLH-PAL<br><br>**ERRATA REGARDING STIPULATION AND ORDER (DOC. NO. 35) TO EXTEND ALL DISCOVERY DEADLINES FOR AN ADDITIONAL 120 DAYS, INCLUDING AMENDED ORDER REGARDING THE SAME** |

　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff LISA N. PLONSKY, by and through her attorneys of record, Potter Law Offices; Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through its attorneys of record, Olson, Cannon, Gormley & Desruisseaux; and Defendants NAPHCARE, INC., by and through its

1 attorneys of record, Alverson, Taylor, Mortensen & Sanders, that the following corrections to the
2 Stipulation and Order to Extend All Discovery Deadlines for An Additional 120 Days (First
3 Request) (Doc. No. 35) be made to be in compliance with LR 26-1:

4     (1)    That the Initial Expert Witness Disclosure Deadline of Monday, February 27,
5 2012 be changed to **Friday, April 27, 2012**, which is sixty (60) days before the Discovery Cut-
6 Off date of June 26, 2012.

7     (2)    That the Rebuttal Expert Witness Disclosure Deadline of Wednesday, March 28,
8 2012 be changed to **Tuesday, May 29, 2012**, which is thirty-two (32) days after the disclosure of
9 initial experts.

10     (3)    That the deadline for any Motions or Stipulations for extension or modification of
11 the discovery plan be changed from Friday, April 6, 2012, to **Wednesday, June 6, 2012**, which
12 is twenty (20) days before the discovery cut-off date.

13 These revisions are appropriate and necessary, as there were a handful of calculation
14 errors which caused the aforementioned proposed discovery deadlines to fall on the incorrect
15 dates.

16 DATED this 21st day of December, 2011.    DATED this 21st day of December, 2011.

17 POTTER LAW OFFICES    ALVERSON, TAYLOR, MORTENSEN
    & SANDERS

18
    */s/ Cal Potter*    */s/ Seetal Tejura*
19 By _____    By _____
    CAL POTTER, III Esq. (#001988)    SEETAL TEJURA, ESQ. (#008284)
20     1125 Shadow Lane    DESIRI SCHULTZE, ESQ. (#012089)
    Las Vegas, Nevada 89102    7401 W. Charleston Boulevard
21     Attorney for Plaintiff    Las Vegas, Nevada 89117
    LISA PLONSKY    Attorneys for Defendant
22     NAPHCARE, INC.

23 . . . .

24 . . . .

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

19119-ST
sao extend disc-001-errata

1  DATED this 21st day of December 2011.

2  OLSON, CANNON, GORMLEY    *= electronic signatures entered with express
       & DESRUISSEAUX          consent of the signors

4  By  */s/ Thomas Dillard*
   _____
   THOMAS DILLARD, ESQ (#006270)
5  9950 W. Cheyenne Avenue
   Las Vegas, Nevada 89129
6  Attorney for Defendant
   LAS VEGAS METROPOLITAN
7  POLICE DEPARTMENT

### ORDER

**IT IS SO ORDERED.  The above proposed deadlines shall be adopted.**

DATED this __23rd__ day of __December__, 2011.

_____
MAGISTRATE JUDGE PEGGY A. LEEN

Respectfully Submitted by:

ALVERSON, TAYLOR, MORTENSEN & SANDERS

   */s/ Seetal Tejura*
   _____
SEETAL TEJURA, ESQ. (#008284)
DESIRI SCHULTZE, ESQ. (#012089)
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
Attorneys for Defendant
NAPHCARE, INC.

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000