1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7               DISTRICT OF NEVADA
8                      * * *
9   LISA N. PLONSKY,                    Case No. 2:11-cv-00026-MMD-PAL
10                          Plaintiff,              ORDER
11      v.
12  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT, et al.,
13                          Defendants.
14
15
16          Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered
17  that the parties schedule a settlement conference with the Magistrate Judge within
    fifteen (15) days from the date of this Order.
18
19
20          DATED THIS 11th day of April 2013.
21                                              _____
22                                              MIRANDA M. DU
                                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28