# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA N. PLONSKY, | )<br>) |
| Plaintiff, | ) Case No. 2:11-cv-00026-MMD-PAL |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT, et al., | )<br>) |
| Defendants. | ) |

Based on the Order (Dkt. #78) granting the parties' stipulation to vacate the settlement conference scheduled for June 28, 2013,

**IT IS ORDERED** that:

1. The Settlement Conference shall be rescheduled for **July 25, 2013, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, shall be not later than **4:00 p.m., July 18, 2013**, in Room 3071.

3. All other instructions within the original Order Scheduling Settlement Conference (Dkt. #75) shall remain.

Dated this 26th day of June, 2013.

_____
Peggy A. Leen
United States Magistrate Judge